# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TERRY W. BOWLIN, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CIV-15-0581-HE |
| KAY COUNTY DETENTION CENTER, | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff Terry W. Bowlin, a state prisoner, brought this action pursuant to 42 U.S.C. § 1983. Consistent with 28 U.S.C. § 636(b)(1)(B), this matter was referred for initial proceedings to Magistrate Judge Charles B. Goodwin, who recommends this case be dismissed without prejudice for failure to comply with a court order.[1] Having failed to object to the Report and Recommendation, the parties have waived their right to appellate review of the factual and legal issues it addressed. United States v. One Parcel of Real Property, 73 F.3d 1057, 1059–60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C). Accordingly, the court adopts the Report and Recommendation [Doc. #10] and **DISMISSES** the case without prejudice.

---

[1]Judge Goodwin issued two orders requiring plaintiff to submit an amended complaint conforming with the court's local rules and the Federal Rules of Civil Procedure and to either pay the $400 filing fee or file an application seeking leave to proceed in forma pauperis. To date, plaintiff has not complied with these orders. Plaintiff further appears to have changed mailing addresses without notifying the court, as required by L.Cv.R. 5.4(a).

**IT IS SO ORDERED**.

Dated this 28th day of November, 2015.

                                              JOE HEATON
                                              CHIEF UNITED STATES DISTRICT JUDGE